IN THE DISTRICT COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| CHRISTOPHER J. BAXTER, | : | |
| | : | |
| Plaintiffs, | : | C.A. No. 05-79 |
| | : | |
| v. | : | NON-ARBITRATION CASE |
| | : | |
| ALLEN FAMILY FOODS, INC., ALLEN'S, HATCHERY INC., MESSICK & GRAY, CONSTRUCTION, INC. and ALL-TEMP INSULATION, INC. | : | Jury Trial by 12 Demanded |
| | : | |
| Defendants. | : | |

## ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Richard W. Pell, Esquire and Timothy S. Martin, Esquire, as counsel for defendant All-Temp Insulation, Inc.

/s/ TIMOTHY S. MARTIN
RICHARD W. PELL (I.D. No. 178)
TIMOTHY S. MARTIN (I.D. No. 4578)
TYBOUT, REDFEARN & PELL
300 Delaware Avenue, 11th Floor
P.O. Box 2092
Wilmington, DE 19899-2092
(302) 658-6901
ATTORNEY FOR DEFENDANT ALL-TEMP INSULATION, INC.