CERTIFICATE OF SERVICE

I, TIMOTHY S. MARTIN, ESQUIRE, certify that on this 16th day of March, 2005, I have caused to be filed the attached document, addressed to:

Roger D. Landon, Esquire
Philip T. Edwards, Esquire
1011 Centre Road, Suite 210
Wilmington, DE 19805

Ronald A. Smith, Esquire
1617 JFK Boulevard, Suite 340
Philadelphia, PA 19103

David J. Soldo, Esquire
Reger & Rizzo, LLP
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19805

/s/ TIMOTHY S. MARTIN
RICHARD W. PELL (I.D. No. 178)
TIMOTHY S. MARTIN (I.D. No. 4578)
TYBOUT, REDFEARN & PELL
300 Delaware Avenue, 11th Floor
P.O. Box 2092
Wilmington, DE 19899-2092
(302) 658-6901
ATTORNEY FOR DEFENDANT ALL-TEMP INSULATION, INC.