UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTOPHER J. BAXTER, : | |
| Plaintiff, : | |
| v. : | No. 05-79 |
| ALLEN FAMILY FOODS, INC., ALLEN'S : | NON-ARBITRATION CASE |
| HATCHERY, INC., MESSICK & GRAY, | |
| CONSTRUCTION, INC. and ALL-TEMP : | |
| INSULATION, INC., | |
| : | |
| Defendants. | JURY OF TWELVE DEMANDED |

ENTRY OF APPEARANCE

Please enter the appearance of RICHARD W. PELL on behalf of the defendant ALL-TEMP INSULATION, INC. The Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects in service upon the defendant ALL-TEMP INSULATION, INC. Defendant ALL-TEMP INSULATION, INC. reserves the right to move, answer or otherwise plead, including all jurisdictional, service, statute of limitations and other defenses.

TYBOUT, REDFEARN & PELL

/s/ Richard W. Pell
_____
RICHARD W. PELL, I.D.#178
TIMOTHY S. MARTIN, I.D.#4578
Eleventh Floor
300 Delaware Avenue
P. O. Box 2092
Wilmington, DE  19899
Attorney for Defendant
 All-Temp Insulation, Inc.

CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2005, I electronically filed an Entry of Appearance with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Roger D. Landon, Esquire
Murphy, Spadaro & Landon
1011 Centre Rd., Ste. 210
Wilmington, DE  19805

Louis J. Rizzo, Jr., Esquire
1001 Jefferson Plaza, Ste. 202
Wilmington, DE  19801

I hereby certify that on March 16, 2005, I have mailed by United States Service, the document to the following non-registered participant:

Ronald A. Smith, Esquire
1617 JFK Boulevard, Ste. 340
Philadelphia, PA  19103

TYBOUT, REDFEARN & PELL

/s/ Richard W. Pell
_____
RICHARD W. PELL, I.D. #178
Eleventh Floor
300 Delaware Avenue
P. O. Box 2092
Wilmington, DE  19899
(302) 658-6901
Attorney for Defendant
 All-Temp Insulation, Inc.