## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTOPHER J. BAXTER | : | |
| | : | |
| v. | : | C.A. No.: 05-79 |
| | : | |
| ALLEN FAMILY FOODS, INC. | : | |
| a/k/a, d/b/a and/or t/a | : | |
| ALLEN MILLING DIVISION | : | |
| | : | |
| v. | : | |
| | : | |
| MESSICK & GRAY CONSTRUCTION, | : | |
| INC. and ALL-TEMP INSULATION, INC. | : | |
| | | |
| CHRISTOPHER J. BAXTER | : | |
| | : | |
| v. | : | |
| | : | |
| ALLEN FAMILY FOODS, INC. | : | |
| a/k/a, d/b/a and/or t/a | : | |
| ALLEN MILLING DIVISION, and | : | |
| ALLEN'S HATCHERY, INC., t/a and d/b/a | : | |
| ALLEN'S MILLING COMPANY, INC. | : | |
| MESSICK & GRAY CONSTRUCTION, | : | |
| INC. and ALL-TEMP INSULATION, INC. | : | |

### ENTRY OF APPEARANCE

On behalf of the Plaintiff, CHRISTOPHER J. BAXTER, please enter the appearance of Robert C. McDonald, Esquire.

                                         /s/Robert C. McDonald
                                        SILVERMAN MCDONALD & FRIEDMAN
                                        ROBERT C. MCDONALD, ESQUIRE
`                                       Bar I. D. No. 2340
                                        1010 North Bancroft Parkway, Suite 22
                                        Wilmington, DE 19805
                                        (302) 888-2900
                                        bob@silverman-mcdonald.psemail.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTOPHER J. BAXTER | : | |
| | : | |
| v. | : | C.A. No.: 05-79 |
| | : | |
| ALLEN FAMILY FOODS, INC. | : | |
| a/k/a, d/b/a and/or t/a | : | |
| ALLEN MILLING DIVISION | : | |
| | : | |
| v. | : | |
| | : | |
| MESSICK & GRAY CONSTRUCTION, | : | |
| INC. and ALL-TEMP INSULATION, INC. | : | |
| | | |
| CHRISTOPHER J. BAXTER | : | |
| | : | |
| v. | : | |
| | : | |
| ALLEN FAMILY FOODS, INC. | : | |
| a/k/a, d/b/a and/or t/a | : | |
| ALLEN MILLING DIVISION, and | : | |
| ALLEN'S HATCHERY, INC., t/a and d/b/a | : | |
| ALLEN'S MILLING COMPANY, INC. | : | |
| MESSICK & GRAY CONSTRUCTION, | : | |
| INC. and ALL-TEMP INSULATION, INC. | : | |

## **CERTIFICATE OF SERVICE**

I, Robert C. McDonald, Esquire do hereby certify that two copies of the Entry of

Appearance were deposited in the United States Mail, first class, postage prepaid, on

March 17, 2005 to the following:

**Louis J. Rizzo, Jr. Esquire**
Reger & Rizzo
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801

**Glenn Ricketti, Esquire**
Margolis Edelstein
Independence Square West
6th and Walnut Street, 4th Floor
Philadelphia, PA 19106-3304

**Guy Mercogliano, Esq.**
**William P. Corcoran, Esq.**
Sweeney & Sheehan
1515 Market Street, 19th Floor
Philadelphia, PA 19102-1983

**Ronald A. Smith, Esquire**
Ronald A. Smith and Associates
1617 John F. Kennedy Boulevard, Suite 1240
Philadelphia, PA 19103

`

    /s/Robert C. McDonald
SILVERMAN MCDONALD & FRIEDMAN
ROBERT C. MCDONALD, ESQUIRE
Bar I. D. No. 2340
1010 North Bancroft Parkway, Suite 22
Wilmington, DE 19805
(302) 888-2900
bob@silverman-mcdonald.psemail.com