IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTOPHER J. BAXTER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-79 GMS |
| | ) | |
| ALLEN FAMILY FOODS, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

WHEREAS, on February 14, 2005, this case was transferred from the District of Pennsylvania (Philadelphia);

WHEREAS, on February 15, 2005, a local counsel letter was sent to plaintiff's counsel, Robert A. Smith, Esq., and a notice of compliance deadline was set for March 17, 2005;

WHEREAS, on March 17, 2005, a notice of appearance was entered on behalf of the plaintiff by Robert C. McDonald, Esq.; and

WHEREAS, to date, the court's docket reflects no further activity;

IT IS HEREBY ORDERED that:

1. The plaintiff is directed to SHOW GOOD CAUSE, in writing, within thirty (30) days from the date of this Order, as to why the above-captioned case should not be dismissed for failure to prosecute.

2. If the plaintiff fails to show cause, in writing, within thirty (30) days, this case shall be dismissed without prejudice, and without further notice, pursuant to District of Delaware Local Rule 41.1.

March 27, 2006                                     /s/ Gregory M. Sleet
                                                    UNITED STATES DISTRICT JUDGE